AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware ▼

BRIAN HOGG on behalf of himself and all others similarly situated

*Plaintiff(s)*

v.

Civil Action No. 1:21-cv-01299-MN

DILLON LOGISTICS, INC.; and COTTON CREEK CAPITAL PARTNERS II, L.P.

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

DILLON LOGISTICS, INC; and

COTTON CREEK CAPITAL PARTNERS II, L.P.

(SEE ATTACHED SERVICE LIST FOR ADDRESSES)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/30/2021

/s/ John A. Cerino

*Signature of Clerk or Deputy Clerk*

## SERVICE LIST

Dillon Logistics, Inc.
ATTENTION ANY OFFICER, MANAGING
OR GENERAL AGENT AUTHORIZED
BY APPOINTMENT OR BY LAW TO
RECEIVE SERVICE OF PROCESS
400 Dillan Drive
Ellabell, GA 31308


Dillon Logistics, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808


Cotton Creek Capital Partners II, L.P.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801