| | Name | Address | City | State | Zip Code | Projected Net Pre-Tax Settlement Amount |
|---|---|---|---|---|---|---|
| 1 | Abdul, Eric | REDACTED | | | | 1,721.33 |
| 2 | Accetta Silva, Gustavo | | | | | 2,043.03 |
| 3 | Acevedo, Manuel | | | | | 250.00 |
| 4 | Adams, Jonathan | | | | | 250.00 |
| 5 | Alcantara, Christian M | | | | | 250.00 |
| 6 | Allen, Kenton | | | | | 1,508.43 |
| 7 | Almanzar, Ramon | | | | | 1,297.98 |
| 8 | Alonso, Mayrenis | | | | | 1,631.60 |
| 9 | Ambriz, Martin | | | | | 250.00 |
| 10 | Amie, Brandi | | | | | 1,748.56 |
| 11 | Amos, Kareem A | | | | | 2,373.01 |
| 12 | Anderson, Antonio | | | | | 250.00 |
| 13 | Angel, John | | | | | 250.00 |
| 14 | Arman, Kay | | | | | 250.00 |
| 15 | Austin, Roderick | | | | | 250.00 |
| 16 | Barker, Jeffery | | | | | 2,122.35 |
| 17 | Barnes, Kenneth | | | | | 250.00 |
| 18 | Barnwell, Del | | | | | 1,666.01 |
| 19 | Basden, Frederick | | | | | 1,669.31 |
| 20 | Bernard, Duane | | | | | 250.00 |
| 21 | Black, Paul | | | | | 2,217.66 |
| 22 | Blakely, Michael | | | | | 1,646.22 |
| 23 | Blanco, Francisco | | | | | 1,803.91 |
| 24 | Blanton, Sidney M | | | | | 365.71 |
| 25 | Boggs, Kevin J | | | | | 1,534.17 |
| 26 | Bowie, Tomeka M | | | | | 250.00 |
| 27 | Boyd, Andrew G | | | | | 250.00 |
| 28 | Bradbury, Randall | | | | | 1,500.57 |
| 29 | Bradley, Anthony V | | | | | 1,540.60 |
| 30 | Bradley, Gregory | | | | | 250.00 |
| 31 | Bradley, Lance | | | | | 2,508.19 |
| 32 | Briggs, Michael Lynn | | | | | 250.00 |
| 33 | Brock, Beverlie | | | | | 250.00 |
| 34 | Brooks, Albert | | | | | 1,981.97 |
| 35 | Brown, David | | | | | 3,276.84 |
| 36 | Brown, Glen A | | | | | 2,248.39 |
| 37 | Brownson, Thaddeus | | | | | 250.00 |
| 38 | Buitron Garcia, J Belen | | | | | 250.00 |
| 39 | Bunday, Justin S | | | | | 250.00 |
| 40 | Burkhardt, Meranda | | | | | 250.00 |
| 41 | Burns, Deran | | | | | 825.83 |
| 42 | Callahan, Teresa | | | | | 250.00 |
| 43 | Callies, Clarence L | | | | | 250.00 |
| 44 | Campbell, David | | | | | 1,938.06 |
| 45 | Camphor, Cory | | | | | 250.00 |
| 46 | Cantore, Rosa | | | | | 250.00 |
| 47 | Carpenter, Michael J | | | | | 1,213.99 |
| 48 | Carr, William | | | | | 250.00 |
| 49 | Casimir, Herve | | | | | 1,936.82 |
| 50 | Castro, Pedro A | | | | | 1,816.84 |
| 51 | Ceballos, Alberto | | | | | 2,496.92 |
| 52 | Chabrian, Aaron | | | | | 250.00 |
| 53 | Channel, Edward D | | | | | 250.00 |
| 54 | Charles, Karsin | | | | | 1,743.92 |
| 55 | Chosewood, Virgil | | | | | 250.00 |
| 56 | Chumney, Joseph A | | | | | 1,927.98 |
| 57 | Claveria, Cesar | | | | | 2,487.34 |
| 58 | Clohecy, William | | | | | 250.00 |
| 59 | Coba, Makiel | | | | | 1,939.43 |
| 60 | Cockcroft, David | | | | | 1,501.21 |

| | Name | Address | City | State | Zip Code | Projected Net Pre-Tax Settlement Amount |
|---|---|---|---|---|---|---|
| 61 | Cohen, Myron | REDACTED | | | | 250.00 |
| 62 | Cole, William | | | | | 2,107.11 |
| 63 | Comeau, Fritz Gerald | | | | | 1,613.57 |
| 64 | Condello, Rocco | | | | | 3,450.23 |
| 65 | Cooper, Cordarius | | | | | 250.00 |
| 66 | Corbitt, Bobby | | | | | 792.66 |
| 67 | Corley, Jon | | | | | 1,549.27 |
| 68 | Costello, Dale | | | | | 250.00 |
| 69 | Cox, Alfred | | | | | 250.00 |
| 70 | Crisson, William | | | | | 1,552.54 |
| 71 | Croy, Robert | | | | | 1,897.10 |
| 72 | Cuellar, Luis | | | | | 250.00 |
| 73 | Dailey, Lisa | | | | | 989.31 |
| 74 | Daniels, Andy | | | | | 250.00 |
| 75 | Dauphin, Wagner | | | | | 2,007.16 |
| 76 | Davis, Alex | | | | | 2,245.12 |
| 77 | Davis, James | | | | | 965.59 |
| 78 | Davis, Jeffrey J | | | | | 1,824.14 |
| 79 | Davis, Julian | | | | | 250.00 |
| 80 | Davis, Latyrrence | | | | | 250.00 |
| 81 | Day, Thomas | | | | | 2,028.37 |
| 82 | Denmark, Michael | | | | | 3,421.59 |
| 83 | Deramus, Chiquita S | | | | | 1,551.41 |
| 84 | Dickerson, Adrian M | | | | | 2,328.41 |
| 85 | Dillon, John | | | | | 250.00 |
| 86 | Dixon, Jelani | | | | | 2,168.27 |
| 87 | Donlon, Hannah | | | | | 250.00 |
| 88 | Draca, Dejan | | | | | 3,507.96 |
| 89 | Drinkard, Byron | | | | | 250.00 |
| 90 | Dunn, Chaz | | | | | 250.00 |
| 91 | Durbin, Michael | | | | | 250.00 |
| 92 | Eason, Nolan | | | | | 2,401.05 |
| 93 | Edwards, Destin | | | | | 250.00 |
| 94 | Edwards, Matthew T | | | | | 3,034.40 |
| 95 | Ellenwood, Kendra | | | | | 250.00 |
| 96 | Elliott, Ricardo St | | | | | 892.36 |
| 97 | Escalante Samon, Jose | | | | | 250.00 |
| 98 | Esmaili, Siyamak | | | | | 2,852.05 |
| 99 | Evans, Amber | | | | | 250.00 |
| 100 | Evans, Franklin | | | | | 250.00 |
| 101 | Fait, Jimmie | | | | | 2,401.41 |
| 102 | Feeney, Michael P | | | | | 5,077.78 |
| 103 | Felix, Jose | | | | | 2,196.58 |
| 104 | Fernandez, Carlos | | | | | 1,982.84 |
| 105 | Fletcher, Justin | | | | | 2,272.66 |
| 106 | Flowers, Sidney | | | | | 250.00 |
| 107 | Floyd, David | | | | | 2,377.75 |
| 108 | Foresyth, Lendell | | | | | 2,314.00 |
| 109 | Foster, Direll L | | | | | 3,105.89 |
| 110 | Fournier, Thomas | | | | | 1,843.09 |
| 111 | Frasier, Gregory | | | | | 250.00 |
| 112 | Frazier, Maurice | | | | | 250.00 |
| 113 | Fredenburg, Zachory | | | | | 250.00 |
| 114 | Freed, Amanda | | | | | 1,549.92 |
| 115 | Fritch, Bryan | | | | | 1,925.44 |
| 116 | Garcia, Adrian | | | | | 2,382.97 |
| 117 | Garcia, Hugo | | | | | 1,184.12 |
| 118 | Garcia, Jose | | | | | 250.00 |
| 119 | Garcia, Michel | | | | | 2,225.80 |
| 120 | Garza, Albert | | | | | 250.00 |

| | Name | Address | City | State | Zip Code | Projected Net Pre-Tax Settlement Amount |
|---|---|---|---|---|---|---|
| 121 | Gavin, Anthony | REDACTED | | | | 250.00 |
| 122 | Germiller, James L | | | | | 1,807.35 |
| 123 | Ghosh, Somdukta | | | | | 250.00 |
| 124 | Gibbons, Mark | | | | | 2,041.60 |
| 125 | Gibson, Russell D | | | | | 1,547.38 |
| 126 | Gibson, Willie | | | | | 2,043.03 |
| 127 | Giomento, Charles | | | | | 1,819.76 |
| 128 | Gipson, Gabriel | | | | | 250.00 |
| 129 | Giraldo, Wilmar H | | | | | 1,763.74 |
| 130 | Gnacinski, Mary Lee | | | | | 2,402.95 |
| 131 | Goff, Eugene | | | | | 1,550.37 |
| 132 | Gomillion, James | | | | | 2,119.50 |
| 133 | Gonzalez, Elias | | | | | 250.00 |
| 134 | Gonzalez, Joel | | | | | 3,456.03 |
| 135 | Gonzalez, Marcelo | | | | | 3,774.08 |
| 136 | Gordon, Terry | | | | | 250.00 |
| 137 | Grava, Nina | | | | | 817.44 |
| 138 | Graves, James | | | | | 1,199.07 |
| 139 | Gray, Edward | | | | | 250.00 |
| 140 | Green, Corey J | | | | | 1,824.14 |
| 141 | Grier, James | | | | | 250.00 |
| 142 | Griggs, John | | | | | 1,272.90 |
| 143 | Grissom, Jaime | | | | | 667.79 |
| 144 | Grosik, John | | | | | 250.00 |
| 145 | Grubbs, Tayiah M | | | | | 911.94 |
| 146 | Hammond, John | | | | | 2,043.03 |
| 147 | Hamrick, Travis | | | | | 3,086.06 |
| 148 | Hand, David | | | | | 1,970.07 |
| 149 | Hart, Bruce | | | | | 750.53 |
| 150 | Hartman, Jon | | | | | 250.00 |
| 151 | Hayes, Chauncey | | | | | 2,373.47 |
| 152 | Hemphill, Brianca | | | | | 250.00 |
| 153 | Henderson, David | | | | | 250.00 |
| 154 | Henderson, John | | | | | 1,440.82 |
| 155 | Herman, John | | | | | 250.00 |
| 156 | Herwig, Terrance | | | | | 250.00 |
| 157 | Higgs, Matthew | | | | | 1,618.64 |
| 158 | Hinson, Jason | | | | | 2,043.03 |
| 159 | Hoffhaus, Lee | | | | | 2,455.58 |
| 160 | Hogg, Brian | | | | | 3,209.79 |
| 161 | Hogg, Brian N N | | | | | 1,578.59 |
| 162 | Holden, Joshua | | | | | 1,860.62 |
| 163 | Holland, Christopher G | | | | | 3,735.98 |
| 164 | Hollars, Christopher | | | | | 2,104.78 |
| 165 | Horne, Chris | | | | | 1,527.49 |
| 166 | Hovis, Thomas A | | | | | 2,367.00 |
| 167 | Howard, Mark | | | | | 2,936.89 |
| 168 | Hughes, Derrick | | | | | 250.00 |
| 169 | Hutchinson, Steven | | | | | 1,527.49 |
| 170 | Jackson, Christopher | | | | | 250.00 |
| 171 | Jackson, Lashay D | | | | | 250.00 |
| 172 | Jackson, Marvin | | | | | 250.00 |
| 173 | Jackson, William | | | | | 250.00 |
| 174 | Jamieson, Bradley | | | | | 1,859.23 |
| 175 | Jeffers, Brandon | | | | | 2,084.07 |
| 176 | Jemec, Jennifer | | | | | 1,810.49 |
| 177 | Jensen, Kareen | | | | | 250.00 |
| 178 | Jewell, Marilyn A | | | | | 250.00 |
| 179 | Johnson, Arthur | | | | | 250.00 |
| 180 | Johnson, Edward | | | | | 1,392.72 |

| | Name | Address | City | State | Zip Code | Projected Net Pre-Tax Settlement Amount |
|---|---|---|---|---|---|---|
| 181 | Johnson, Jovauhn | REDACTED | | | | 250.00 |
| 182 | Johnson, Theron | | | | | 3,061.86 |
| 183 | Johnson, Thomas | | | | | 250.00 |
| 184 | Joiner, Duncan | | | | | 250.00 |
| 185 | Joiner, Jason | | | | | 250.00 |
| 186 | Jones, Carl | | | | | 250.00 |
| 187 | Jones, Edward J | | | | | 1,719.06 |
| 188 | Jones, Gabriel | | | | | 250.00 |
| 189 | Jones, Michael E | | | | | 250.00 |
| 190 | Joshua, Hikeam | | | | | 250.00 |
| 191 | Kampmeier, Adam | | | | | 1,391.49 |
| 192 | Keeler, Patrick | | | | | 250.00 |
| 193 | Kennedy, Allison M | | | | | 250.00 |
| 194 | Kennedy, Dustin | | | | | 1,812.74 |
| 195 | Kennedy, Patrick | | | | | 1,364.51 |
| 196 | Kernan, Randall | | | | | 317.94 |
| 197 | Kerr, Ross A | | | | | 250.00 |
| 198 | Kimble, Thomas | | | | | 779.72 |
| 199 | King, Rita | | | | | 558.96 |
| 200 | King, Tyler | | | | | 250.00 |
| 201 | Kinzelman, Michael | | | | | 250.00 |
| 202 | Kissie, Levert | | | | | 250.00 |
| 203 | Knox, Christopher | | | | | 1,826.18 |
| 204 | Kobler, Bernice | | | | | 250.00 |
| 205 | Koenigstein, Jesse W | | | | | 3,911.39 |
| 206 | Kulenovic, Damir | | | | | 1,857.88 |
| 207 | Lamb, Calvin | | | | | 378.54 |
| 208 | Lambert, Jason D | | | | | 2,455.58 |
| 209 | Laney, Gerald Wayne | | | | | 5,603.97 |
| 210 | Langele, David | | | | | 250.00 |
| 211 | Lawson, Neil R | | | | | 1,590.56 |
| 212 | Lebron, Ramon | | | | | 1,447.94 |
| 213 | Lee, Shelton | | | | | 2,025.23 |
| 214 | Lenoir, Travis | | | | | 250.00 |
| 215 | Lester, George | | | | | 2,335.08 |
| 216 | Leverette, Andre | | | | | 250.00 |
| 217 | Lewis, Ashwun | | | | | 250.00 |
| 218 | Lewis, Karl | | | | | 2,184.00 |
| 219 | Lewis, Matthew | | | | | 738.44 |
| 220 | Lilly, Fredrick | | | | | 1,882.68 |
| 221 | Lopes, Sergio | | | | | 1,563.23 |
| 222 | Lopez, David | | | | | 400.41 |
| 223 | Lora, Louis | | | | | 1,503.11 |
| 224 | Louissaint, Odner | | | | | 1,493.76 |
| 225 | Lovejoy, Charlie L | | | | | 2,370.94 |
| 226 | Lyons, Keith | | | | | 250.00 |
| 227 | Madden, Samuel | | | | | 250.00 |
| 228 | Magnotti, Stephanie | | | | | 2,280.17 |
| 229 | Maldonado, Luis M | | | | | 1,470.45 |
| 230 | Maley, Mark E | | | | | 250.00 |
| 231 | Maliwanag, Alex | | | | | 1,954.91 |
| 232 | Malloy, Robert | | | | | 3,034.40 |
| 233 | Manacapilli, Virgil Anthony | | | | | 250.00 |
| 234 | Marin, Mynor | | | | | 3,083.17 |
| 235 | Marong, Ousman | | | | | 250.00 |
| 236 | Marshall, Dawn | | | | | 250.00 |
| 237 | Marte-Pena, Jose A | | | | | 2,439.03 |
| 238 | Masciarelli, Robert G | | | | | 1,636.25 |
| 239 | Mason, Kristopher | | | | | 2,104.78 |
| 240 | Matter, Richard | | | | | 250.00 |

| | Name | Address | City | State | Zip Code | Projected Net Pre-Tax Settlement Amount |
|---|---|---|---|---|---|---|
| 241 | Mauldin, Thomas | REDACTED | | | | 250.00 |
| 242 | Mccormick, Daryle | | | | | 2,519.68 |
| 243 | Mccown, Dana | | | | | 250.00 |
| 244 | Mcdougald, Montrelle | | | | | 250.00 |
| 245 | McFarland, Kenneth | | | | | 250.00 |
| 246 | McGuoirk III, Oscar C | | | | | 250.00 |
| 247 | McKenzie, Ronald | | | | | 250.00 |
| 248 | McMillan, Brian | | | | | 250.00 |
| 249 | McNeal, Roy | | | | | 250.00 |
| 250 | McRoberts, Kim | | | | | 604.87 |
| 251 | Meador, Ray | | | | | 250.00 |
| 252 | Meadows, Larry R | | | | | 1,946.92 |
| 253 | Mendez, Jonathan R | | | | | 1,605.24 |
| 254 | Mendez, Victor | | | | | 250.00 |
| 255 | Milford, Karell | | | | | 250.00 |
| 256 | Miller, Charles | | | | | 250.00 |
| 257 | Miller, Daniel | | | | | 1,866.50 |
| 258 | Miller, James | | | | | 2,458.02 |
| 259 | Mincey, Frank | | | | | 3,219.25 |
| 260 | Missler, David | | | | | 250.00 |
| 261 | Mohan, Deoraj | | | | | 1,970.07 |
| 262 | Molder, Richard | | | | | 1,280.41 |
| 263 | Moragene, Jordaens | | | | | 1,926.59 |
| 264 | Morton, Michael | | | | | 3,329.42 |
| 265 | Mullins, Amy M | | | | | 250.00 |
| 266 | Murray, Robert | | | | | 332.37 |
| 267 | Neal, Germaine L | | | | | 250.00 |
| 268 | Newsome, Johnny D | | | | | 250.00 |
| 269 | Nobles, Mckenzie | | | | | 250.00 |
| 270 | Norton, Liana | | | | | 250.00 |
| 271 | Olejniczak, Steven | | | | | 250.00 |
| 272 | Opoku-Agyemang, Michael | | | | | 250.00 |
| 273 | Orr, Walter | | | | | 549.98 |
| 274 | Ortiz, Rolando | | | | | 3,446.23 |
| 275 | Osborne, Kyle | | | | | 250.00 |
| 276 | Ostrowski, Zbyszko | | | | | 250.00 |
| 277 | Outerbridge, Zamari | | | | | 250.00 |
| 278 | Pace, Christopher | | | | | 1,422.74 |
| 279 | Paduck, Lindsey | | | | | 3,507.96 |
| 280 | Pancake, Neil | | | | | 250.00 |
| 281 | Paoli, Paul | | | | | 1,999.81 |
| 282 | Parker, Jonathan R | | | | | 250.00 |
| 283 | Parker, Richard | | | | | 250.00 |
| 284 | Parr, Stanley | | | | | 2,183.15 |
| 285 | Patton, Hugh | | | | | 250.00 |
| 286 | Patton, Michael | | | | | 250.00 |
| 287 | Pence, Troy | | | | | 3,381.86 |
| 288 | Perez Lozano, Jordian | | | | | 474.65 |
| 289 | Perez, Monserrate | | | | | 1,751.17 |
| 290 | Perkins, Vincent | | | | | 2,043.27 |
| 291 | Pickens, Jeremy | | | | | 250.00 |
| 292 | Piekarski, Nicole M | | | | | 699.44 |
| 293 | Pineda Rios, Serjio | | | | | 1,682.39 |
| 294 | Polbos, Christopher | | | | | 3,542.98 |
| 295 | Polik, Rutha | | | | | 250.00 |
| 296 | Potter, Andre | | | | | 250.00 |
| 297 | Priesmeyer, Christian | | | | | 250.00 |
| 298 | Querette, Nebert | | | | | 2,274.94 |
| 299 | Quinones, Mark | | | | | 1,679.06 |
| 300 | Quiroz, Felipe | | | | | 250.00 |

| | Name | Address | City | State | Zip Code | Projected Net Pre-Tax Settlement Amount |
|---|---|---|---|---|---|---|
| 301 | Ramirez, Jorge | REDACTED | | | | 1,970.07 |
| 302 | Ramos, Yomayra | | | | | 1,459.31 |
| 303 | Raulerson, Dana | | | | | 2,775.36 |
| 304 | Reatherford, Eugene | | | | | 653.95 |
| 305 | Redding, Joshua | | | | | 478.16 |
| 306 | Reid, Rolando | | | | | 250.00 |
| 307 | Rejouis, James | | | | | 250.00 |
| 308 | Reynoso Sabatel, Melvyn | | | | | 1,472.23 |
| 309 | Reynoso, Jennifer | | | | | 2,630.97 |
| 310 | Riede-Bromley Jr, Robert S | | | | | 696.48 |
| 311 | Riffel, David | | | | | 250.00 |
| 312 | Riley, Anthony | | | | | 931.89 |
| 313 | Robertson, Jake | | | | | 250.00 |
| 314 | Rodriguez Jr, Jose E | | | | | 603.14 |
| 315 | Rodriguez, Aaron | | | | | 1,615.91 |
| 316 | Rodriguez, David | | | | | 1,895.34 |
| 317 | Rodriguez, Rodrigo | | | | | 2,592.40 |
| 318 | Rodriguez, Ruberman | | | | | 1,136.72 |
| 319 | Rogers, Lamont | | | | | 250.00 |
| 320 | Rogers, Lori A | | | | | 250.00 |
| 321 | Ruggiero, Steven | | | | | 2,247.34 |
| 322 | Rutledge, Robert | | | | | 250.00 |
| 323 | Sacerio, Edward | | | | | 1,538.40 |
| 324 | Sage, William H | | | | | 2,933.18 |
| 325 | Saikin, Judith | | | | | 250.00 |
| 326 | Salahuddin, Lailaa | | | | | 250.00 |
| 327 | Samuels, Alvin | | | | | 250.00 |
| 328 | Samuels, Byron | | | | | 250.00 |
| 329 | Samuels, Reginald D | | | | | 4,071.06 |
| 330 | Sanchez, Jose | | | | | 676.24 |
| 331 | Sandora, Jnet | | | | | 2,095.66 |
| 332 | Sarduy, Erick | | | | | 1,473.98 |
| 333 | Saturday, Donald | | | | | 3,675.43 |
| 334 | Scheirer, Alexis M | | | | | 250.00 |
| 335 | Schultz, Sharon | | | | | 250.00 |
| 336 | Seger, Tyler | | | | | 2,553.23 |
| 337 | Seltzer, Richard | | | | | 1,356.02 |
| 338 | Setser, Billy | | | | | 250.00 |
| 339 | Shaffer, Zachary | | | | | 250.00 |
| 340 | Sharpf, Rebecca | | | | | 1,542.36 |
| 341 | Shaw, David | | | | | 250.00 |
| 342 | Shirk, Kyle A | | | | | 668.49 |
| 343 | Shook, Matthew T | | | | | 250.00 |
| 344 | Shotwell, Ronald | | | | | 250.00 |
| 345 | Shugarts, Michael | | | | | 1,658.65 |
| 346 | Siegesmund, Cory B | | | | | 1,163.80 |
| 347 | Sierra, Jorge L | | | | | 2,304.87 |
| 348 | Silva, Raul | | | | | 1,552.12 |
| 349 | Simmons, Adam | | | | | 250.00 |
| 350 | Simmons, Franklyn | | | | | 250.00 |
| 351 | Sims, Archie | | | | | 250.00 |
| 352 | Sims, Robert | | | | | 3,687.67 |
| 353 | Smith, Angelic N | | | | | 1,074.59 |
| 354 | Smith, Brandon | | | | | 250.00 |
| 355 | Smith, Kindrick | | | | | 250.00 |
| 356 | Smith, Teya | | | | | 1,137.65 |
| 357 | Smith, Todd | | | | | 250.00 |
| 358 | Smoot, Debra | | | | | 250.00 |
| 359 | Snyder, Robert | | | | | 250.00 |
| 360 | Sonora, Homero | | | | | 250.00 |

| | Name | Address | City | State | Zip Code | Projected Net Pre-Tax Settlement Amount |
|---|---|---|---|---|---|---|
| 361 | Soto, Princess | REDACTED | | | | 1,115.00 |
| 362 | Souchet, Ariel M | | | | | 1,916.78 |
| 363 | Sparks, Khandlier | | | | | 250.00 |
| 364 | Spears, Jason | | | | | 250.00 |
| 365 | Sprinkel, Michael | | | | | 1,641.07 |
| 366 | Stanley, Colby | | | | | 1,202.53 |
| 367 | Stapleton, Roger | | | | | 1,451.61 |
| 368 | Stefanini, Laurie | | | | | 250.00 |
| 369 | Steward, Randy | | | | | 250.00 |
| 370 | Stokes, Willie P | | | | | 1,871.24 |
| 371 | Strickland, Brandon | | | | | 2,173.00 |
| 372 | Strigle II, John | | | | | 1,683.02 |
| 373 | Succes, Garry | | | | | 2,277.20 |
| 374 | Sumner, Dylan | | | | | 1,714.67 |
| 375 | Sutherland, Duane | | | | | 250.00 |
| 376 | Sutton, Theresa | | | | | 250.00 |
| 377 | Szpila, Craig | | | | | 1,831.30 |
| 378 | Tanner, Curtis | | | | | 250.00 |
| 379 | Tarter, Nicole | | | | | 2,104.78 |
| 380 | Taylor, Colby | | | | | 2,017.08 |
| 381 | Taylor, Gary | | | | | 250.00 |
| 382 | Tepler, Nancy | | | | | 250.00 |
| 383 | Tharp, Mitchell | | | | | 1,594.45 |
| 384 | Thibodeau, Robert | | | | | 1,611.10 |
| 385 | Thomas, Lauren | | | | | 1,203.93 |
| 386 | Thompson, Michael J | | | | | 250.00 |
| 387 | Thorpe, Omajuwa C | | | | | 250.00 |
| 388 | Toliver, Christopher | | | | | 250.00 |
| 389 | Tornwall, Patrick | | | | | 3,683.37 |
| 390 | Torres, Enrique | | | | | 250.00 |
| 391 | Torres, Jose M | | | | | 1,781.82 |
| 392 | Toth, Tracey | | | | | 250.00 |
| 393 | Totten, Garrett | | | | | 1,386.34 |
| 394 | Trask, George W | | | | | 2,455.58 |
| 395 | Troutman, Brandon C | | | | | 250.00 |
| 396 | Tuff, Shawn | | | | | 1,017.41 |
| 397 | Tune, James K | | | | | 1,490.87 |
| 398 | Turner, Cory | | | | | 250.00 |
| 399 | Valle, Roland | | | | | 1,641.18 |
| 400 | Vanatta, Tom | | | | | 1,904.16 |
| 401 | Vasquez, Henry G | | | | | 250.00 |
| 402 | Veleta, Stacie L | | | | | 250.00 |
| 403 | Walch, Richard | | | | | 4,804.72 |
| 404 | Walker, Michael | | | | | 1,349.38 |
| 405 | Wall, Terry | | | | | 1,843.07 |
| 406 | Walls, Ryan | | | | | 7,357.95 |
| 407 | Warner, Christine L | | | | | 1,580.36 |
| 408 | Washington, Marvin T | | | | | 1,258.01 |
| 409 | Watkins, Joseph | | | | | 503.00 |
| 410 | Watson, Bruce | | | | | 1,849.33 |
| 411 | Welling, Harley E | | | | | 250.00 |
| 412 | Wesley, Rebecca | | | | | 3,735.98 |
| 413 | West, Shawn | | | | | 2,638.53 |
| 414 | Wheaton, Danny | | | | | 1,736.58 |
| 415 | White, Charles | | | | | 3,911.02 |
| 416 | White, Dave | | | | | 250.00 |
| 417 | Whiters, Albert | | | | | 250.00 |
| 418 | Williams, Dwight Anthony | | | | | 2,670.54 |
| 419 | Williams, Eric | | | | | 4,031.40 |
| 420 | Williams, Keron | | | | | 2,631.28 |

| | Name | Address | City | State | Zip Code | Projected Net Pre-Tax Settlement Amount |
|---|---|---|---|---|---|---|
| 421 | Williams, Norman | REDACTED | | | | 250.00 |
| 422 | Williams, Terence P | | | | | 1,612.21 |
| 423 | Wojcik, Margaret | | | | | 250.00 |
| 424 | Wojtowicz, Bogdan | | | | | 250.00 |
| 425 | Wood, Fred | | | | | 250.00 |
| 426 | Wright, Altonieus | | | | | 250.00 |
| 427 | Wrye, Charles | | | | | 3,798.07 |
| 428 | Wynn, Steven | | | | | 2,025.65 |
| 429 | Yanok, Chad | | | | | 1,725.41 |
| 430 | Young, Eric | | | | | 1,052.16 |
| 431 | Youngblood, Brandon M | | | | | 1,477.90 |
| 432 | Zeeuw, Louis | | | | | 2,071.81 |
| | | | | | | |
| | | | | | | **534,333.33** |

| | |
|---|---|
| Gross Settlement Amount | 887,000.00 |
| Class Counsel's Fees | 295,666.67 |
| Class Reps' Service Payments | 25,000.00 |
| Projected Class Counsel Expenses | 32,000.00 |
| Projected Net Pre-Tax Settlement Amount | 534,333.33 |